**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Richard Damarick MITCHELL,
Defendant–Appellant.**

**No. 15-15191
Non–Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 09/26/2016

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, TAMPA, FL, Roger Bernard Handberg, III, U.S. Attorney's Office, ORLANDO, FL, for Plaintiff–Appellee.

Larry B. Henderson, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, ORLANDO, FL, Richard Damarick Mitchell, MARIANNA, FL, for Defendant–Appellant.

Before WILSON, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Richard Mitchell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mitchell's convictions and sentences are **AFFIRMED**.